April 4, 2013   Captain Dirck Hecking v. New Hampshire Conjunctive Parties

**United States District Court**

**Southern District of Indiana**

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2013 APR -4  AM 11: 15

SOUTHERN DISTRICT
OF INDIANA

**Captain Dirck Hecking and**

**Others Similarly Situated**

*Plaintiff Pro se*

Case: **1: 13 -cv- 0565 JMS -TAB**

v.

**The New Hampshire**                A Class Action                w/Jury Trial

**Conjunctive Parties,**

**individually, joint and severly:** Ms. Kelly Ayotte;   Ms. Kathryn Barger, Mr. Gregory A. Bueddeman, Mr. George Copadis, Ms. Sandra Cote, Ms. Margret Crouch, Mr. Michael Delaney, Mr. Craig A. Downing, Mr. Jeffery Goley, Dr. Douglas M. Goumas, Mr. Thomas F. Hardiman, Mr. Martin Jenkins, Atty. Ms. "Pat", Ms. Kathleen Kane, Ms. Laura Lombardi, Mr. William J. McQuillen, Ms. Marion Mitchell, Ms. Elaine M. Murphy-Maltais, Mr. Dennis E. Murphy, Jr., Mr. Robert Morneau, Atty. Richard A. Mitchell, Mr. Daniel P. Manning, Mr. Mark S. Mackenzie, Mr. Robert C. Norton, Mr. Harry G. Ntapalis, Mr. Denis W. Parker, Mr. Thomas F. Parks, Jr., Atty. Norman J. Patenaude, Mr. Terence Pfaff, Mr. David J. Rogers, Atty. Christopher T. Regan, Ms. Constance J. Roy, Mr. Andy Sanborn, Ms. Karen Schlitzer, Atty. William J. Schubert, Atty. S. David Siff,  Ms. Cynthia J. Stone, Ms. Deborah Stone, Mr. Dennis Teravainen, Mr. Peter W. Trufant, Atty. Timothy S. Wheelock, Mr. David Wihby;   Mr. Bryan Mitchell;   All of the proximate Attorneys and Partners of: **(a)** Boynton, Waldron, Doleac, Woodman & Scott, PA, Christopher E. Grant, Francis X. Quinn Jr., Christine Woodman Casa, David Goodwin, Heather Dunion Neville, Charles B. Doleac, Ralph R. Woodman Jr., William G. Scott, John Klingbiel; **(b)** Maggiotto & Belobrow PA, Mr. Corey Belobrow, Mr. Paul Maggiotto; **(c)** Shaheen & Gordon, PA, Mr. Mike Noonan, Mr. Bill Shaheen, Mr. Lee Nyquist. Mr. Tim Beaupre, Mr. Ed Stewart, Mr. Francis Murphy; (d) Wyskiel, Boc, Tillinghast & Bolduc, PA., Mr. D. Lance Tillinghast, Mr. Thomas Ferrini. Included but not limited too.

*Defendants*

● April 4, 2013   Captain Dirck Hecking v. New Hampshire Conjunctive Parties

## The Verified Complaint of Captain Dirck Hecking

## A Failure to Administer the Government of New Hampshire in Accordance with Legislative Intent, with Incorporated Memorandum of Law

### Parties to this Complaint:

| Captain Dirck Hecking<br>NHDOL_Corruption<br>6215 Coffman Road<br>Indianapolis, IN 46268<br>317 293 6709 | NH Conjunctive Parties<br>NH Dept. of Justice<br>33 Capitol Street<br>Concord, NH 03301<br>603 271 3658 | Mr. Bryan Mitchell<br>c/o NH COSH<br>161 Londonderry Tpk.<br>Hooksett, NH 03106<br>603 232 4406 | Ms. Kelly Ayotte<br>144 Russell Senate<br>Office Building<br>Washington, DC 20510<br>202 224 3324 |
|---|---|---|---|
| All proximate Attorneys and Partners of:<br>Boynton, Waldron, Doleac, Woodman & Scott, PA, 82 Court Street, Portsmouth, NH 03801  603-319-1074, and Christopher E. Grant, Francis X. Quinn Jr., Christine Woodman Casa, David Goodwin, Heather Dunion Neville, Charles B. Doleac, Ralph R. Woodman Jr.; William G. Scott, John Klingbiel | All Proximate Attorneys and Partners of:<br>Maggiotto & Belobrow PA, 58 Pleasant Street, Concord, New Hampshire 03301, 603.225.5152,<br>Mr. Corey Belobrow, Mr. Paul Maggiotto. | All Proximate Attorneys and Partners of:<br>Shaheen & Gordon, PA, 80 Merrimack Street, Manchester, NH 33101, 603 635 4099; Mr. Mike Noonan, Mr. Bill Shaheen, Mr. Lee Nyquist. Mr. Tim Beaupre, Mr. Ed Stewart, Mr. Francis Murphy, | All proximate Attorneys and Partners of:<br>Wyskiel, Boc, Tillinghast & Bolduc, PA., 561 Central Ave., Dover, NH 03820-3480, Phone 603 742 5222, Mr. D. Lance Tillinghast, Mr. Thomas Ferrini. |

### Conjunctive Parties Lied to Me
### Conjunctive Parties Lied to a Generation of Us..

### Jurisdiction and Venue:

Diversity – Claim of at least $75,000.00 per victim.

Federal Question – Title: 18 § 63 Sec. 1341, 1343, 1346, 1349, and Title 18 §13 Sec. 242; *18 U.S.C. §§ 1961-1968* (See US v. WARNER[1] 7th Circuit 2007)

Defendants - are Resident's of New Hampshire.

Plaintiff - is a Resident of Indiana.

### Definitions:

1.  Criminal Enterprise – *Bleeding* the State and workers of New Hampshire.

---

[1] in United States v. Warner, 498 F.3d 666, 694-97 (7th Cir. 2007), the Seventh Circuit held that the State of Illinois was properly charged as the RICO enterprise that was the victim of corrupt office holders' pattern of racketeering activity.

2

2.   The term "injured worker", includes, but is not limited to, persons, who suffered indignantly, lied to and misled, treated with indifference, unjustifiably delayed, by breach of a duty and/or oath, in an oppressive manner, like these three victim witness' Hecking, Bravo and Dixie[2].

According to the department of labor's most recent bi-annual report published for FY 2010, that cited 36,399 injured's and the same statistic cited 39,950 for FY 2011. Of these injured workers the published report revealed, that in FY 2010, 3,863 and 3,810 for FY 2011 of injured's actually received some sort of benefit from employer/insurers. But for now setting aside the huge disparity, separating the injured from a benefit; a reasoned man could conclude, that the number of plaintiff' injured victims for FY 2010, is some point between 3,863 and 36,399; and the number of Plaintiff victims for FY 2011 is some point between 3,810 and 39,950 injured workers, for as far and wide as the law will allow.

3.   The term "New Hampshire Conjunctive Parties," includes but is not limited by, those who publish in the public domain:

(a)   <u>proximate government persons, supervisors and associations:</u> including, but not limited to those: who lied to Plaintiffs, who misled Plaintiffs, who misled Claimants, who turned a blind-eye, who stood-down, who interfered, who conspired with others, who knew or should have known, or rebuffed WARNINGS, who breached a duty or oath, or knowing another person who had done so; who failed to report, those who were not administering §281-A in accordance with legislative intent.

(b)   <u>proximate attorney persons, supervisors firms, scholars, experts, speakers and hosts; continuing education  persons, firms and associations</u>: who lied to any person including but not limited to those: who author or publish, or teach, who generally conduct business representing injured workers, insurers, third party servicers, who rebuffed WARNINGS, who misled persons, who breached a duty or oath, who knew or should have known, or knowing another who had done so; who advertise, who advocate for or are in the business of representing the likes of, employers, insurers, third party servicers, who aided or abetted, or failed to report corrupted persons, or hearing officers, who active or passively breach a duty to the tribunal, rebuffed WARNINGS, or covered-up, that proximate government persons, or other persons, were not administering §281-A in manner consistent with legislative intent.

---

[2] who for reasons of safety must remain anonymous at this time.

## Statement of the Claim:

x.   The elements of this complaint began to surface in April of 2012. As this case unfolds, the Honorable Court will come to know; Defendant, New Hampshire Conjunctive Parties (protected by the department of justice), exposed these proximate Plaintiffs to a pattern of behaviors: (a) by conspiring; (b) by lying on contact, lying on the wire, lying by mail and by lying on it's high profile one-stop-shop website; moreover, (c) by reaching-out, with, intentionally misleading web pages, aimed at covering-up the fact, that under color of law, they repeatedly administer in a manner, despite WARNINGS, not consistent with legislative intent; (d) by creating tactical quick-speak, (e) by reaching out to workers, and the global population; by featuring the promise of the spot-on application of the legislatures fabulous creation, the good law, RSA 281-A, (f) by running a fake operation, thus cheating everyone out of our fabulous Article 14 right; (g) by evading compliance, New Hampshire Conjunctive Parties suffer the ordinary worker, by managing he or she, around the good law, RSA 281-A; (h) for bullying workers through a kangaroo[3] artifice, which was created with unlawful intent and contemplated harm, in furtherance of a scheme to defraud, the Plaintiffs and the real State of New Hampshire, out of a benefit, to which they otherwise would not be entitled.

xx.   Your Plaintiffs request the Honorable Court, to enter an order: (a) commanding the remaining body of government, to dutifully, administer in a manner consistent with legislative intent; (b) bring justice upon New Hampshire Conjunctive Parties, which no one can forget; (c) require Conjunctive Parties, to obtain and pay for all things necessary and proper to make these victims legally whole; then (d) require them to pay back the damages to the State treasury from the inception of the crime, and (e) other orders the Court deems appropriate.

<u>Publishing outreach lies</u>

1.   On it's high quality outreach website, acting state labor commissioner David M. Wihby, like commissioner George C. Copadis and those before him, broadly welcome his subjects; explaining he's commissioned to: "monitor employers, workers'

---

[3] with no disrespect to real Kangaroos...

4

compensation, and insurance carriers to insure that they are in compliance with New Hampshire labor laws (Chapter 281-A)." These men are Defendants, who debase the application of their responsibility, duty and authority: (a) Mission Statement – "To serve and protect the interests and dignity of the New Hampshire workforce. (b) Our vision – is to be recognized as: • Being a proactive and accessible resource to employees & employers; Ensuring fair and consistent labor practices; • Utilizing progressive technologies; • Having efficient and responsive processes; • <u>Treating all individuals with respect and courtesy;</u> • Being competent and professional." However, Defendant's, give credence to their work product by featuring a good-sized rolling news and events app., impressive disclosure Quick Links and How do I's. Generally, the site is organized and portrayed in a manner which could set the bar for government outreach. As things are now and have been, this most perfect display, covers-up an omnipresent lie!

2.   Defendants feature another page of interest to injured subjects, which appears as "Workplace Injuries" – "The Workers' Compensation Division <u>administers and enforces the provisions of RSA 281-A,</u> including: • the enforcement of coverage requirements for all employers, • the oversight of the level of medical and wage replacement benefits to be paid to injured workers, • conduct hearings on contested claims, • monitor insurance carriers and claim administrators, to ensure the prompt payment of benefits and delivery of services, • certify private vocational rehab. providers, and • monitor vocational rehab. services provided to eligible injured workers." Defendant's further reach out featuring good service, quick solutions and openness with hot-lines to knowledgeable administrators, who ostensibly, injured workers can trust.

> "Call (603) 271-3176 to speak to someone directly at the Department
> of Labor regarding subject matter pertaining to Workplace Injuries."

Viewed together or in part, the comforting outreach lures everyone to the syndicate's lie.

<u>Goals of the cooked outreach</u>

3.   When reading their outreach, it's reasonable to feel confident; that Conjunctive Parties are about everyone's life, and dignity; watching-out, often unheralded, yet serving as a beacon of hope; a single source to run to, when an injured worker faces a family crisis and financial disaster. All of this altruistic outreach, also serves as a beacon for funding and service from like minded parties. The "trust us we are here for you," lie.

4.   This stated behavior inures a select safe source of politicos, attorneys, employers, insurers, legislators, regulators, associations, industry, labor and the like; to participate in the management of government. As such, the State Appointing Authorities (AA), can leverage the likelihood the AA point of view (which is not always a bad thing) will prevail. AA then can reach out to selective candidates, to seat on sensitive commissions, boards and panels. Almost universally, these select few individuals have become notable for using these special appointments to cover-up the global breach of duty, to the Legislatures good law...

Probing persistently in plain sight

5.   Your Plaintiff attacked the recent tortfeasors, relentlessly, with probing communications targeting new evidence and violations; deep into the affairs of strident, overconfident Conjunctive Parties, which made it clear: (a) the crooks had established a global president among administrators, which had nothing to do with compliance, with the legislatures good law 281-A; (b) It had flexibility to evade detection in plane sight; (c) it had operatives way beyond this government; (d) there were indications of Title 18 Racketeering and Section 1943 Civil rights elements, worth future probing; and (f) that Conjunctive Parties were concurrently, harboring secrets, fostering lies to me and every worker in order to perpetuate the cover-up of the rolling crime, and (e) the legislature appears to be muted by a *neo-feudalist* wink and a nod;

A threatening *Trident* of abandoned good law

6.   In these times, your Plaintiff has come to know for a fact, that CP officials who stood out in support of good law, secretly, engineered schemes around them. New Hampshire's workers, systemically endure torment and disrespect at the hands of the Defendant's, who effectively have taken, <u>at least</u> three indispensible, good laws off-line and enacted covering rules and state case law. Introducing...

   (a) the mandate citizens receive before filing a claim, the 281-A:42c authoritive, free policing[4] and investigatory services, directed by the office of the dispute resolution coordinator (DRC), which is strengthened by, (a.k.a. *The Bull*) (*Circa 1990*)

---

(b) The 281-A:65 right, that citizens get intense free training, which includes a manual; which complements, (a.k.a. *The Wizard*)(*Circa 1994*)

(c) the application of certain punishment, upon the crony crooks, as prescribed by the likes of 281-A:56 (a.k.a. *The Dragon*) (*Circa 2001*) and RSA 643.1. (*Circa 1973*). The effect of these crimes, has been to rescind or annul RSA 281-A, thus suspending the fabulous Article 14 right, and threatening the validity of all adjudications thereunder, since the enactment of each.

7.  Conjunctive Parties, have covered up the existence of guaranteed, citizen access to the Art. 14 right free of charge, <u>even prior to filing a claim.</u> The legislature's good law RSA-281A:42(c), provides for the free services of the dispute resolution coordinator (DRC). A classified, full time, fact finding position. The goal of the office is to shake down the parties until only one rational conclusion appears, from which the parties can resolve, even before filing a claim! Conjunctive Parties has taken the good law off-line. And now, here is some good law, crony's hate so much...

**RSA 281-A:42-c   Position Established For Assisting**
   **Unrepresented Injured Employees**

> "There is hereby created within the department of labor the classified full-time position of dispute resolution coordinator (DRC)[5]. The coordinator <u>shall</u>[6]help <u>asserting, and protecting their rights</u> under this chapter. The coordinator <u>shall meet</u> with or otherwise exchange information with injured employees, <u>investigate</u> injured employees' claims <u>or potential claims</u>, and communicate with employers, insurance carriers, group funded self-insurers, and health care providers <u>on behalf of injured employees,</u> with the objective of resolving claims or <u>potential claims</u> promptly and amicably. However, assistance provided under this section shall not include representing claimants in hearings."
> Circa 1994. [ed.]

8.  The implementation of RSA 281-A:42c, appears on it's face to be, an aggressive form of Alternate Dispute Resolution(ADR). ADR is a favorite son of jurists to resolve disputes, everywhere. I renamed it the (*fighting snorting*) "*Bull*," to conger up an assistive vision compelling truth in the mind's eye. Similarly, I dispatched the "*Dragon*," to pose as swift, institutional justice, behind RSA 281-A:56...

---

[5] ...dispute resolution coordinator (DRC); a.k.a. pro se advisor (PSA); an aggressive form of ADR...
[6] <u>NOTE: The inviolate use of the term "shall,"</u> demonstrates the unwavering commitment of the legislature to preempt abject cruel interpretations, like the ones the perpetrators and advisory council have inflicted here for more than twelve (12) years.

- **RSA 281-A:56   Penalty for False Representation.**

   > I. ----
   > **II. An employer or insurance carrier, or any employee, agent, or person acting on behalf of an employer or insurance carrier, who makes a false statement or representation in the course of reporting, investigating or adjusting a claim for any benefit or payment under this chapter and who does not believe the statement or representation to be true shall be subject to prosecution and punishment for false swearing under RSA 641:2, unsworn falsification under RSA 641:3, or perjury under RSA 641:1, as the case may be. Circa. 1988,1993, 2001.**

**9.**   Together the *Bull* and the *Dragon* provide the DRC the authority to aggressively, sort out and punish, an evil boss's unlawful intent, on using tools[7], the likes of concealment, false statements, and coercion, collusion, to deprive the simple injured worker out of a very meager sum. Moreover, by doing so, Conjunctive Parties defraud the State itself. The character of the *Wizard, Bull* and *Dragon* is derived squarely from Article 14 Right, of the New Hampshire Constitution. The three relatively modern laws, were no mistaken gift to the sovereign state's population; Article 14 has stood the test of time; having kept it's original intent, for more than two hundred twenty years. As such, the strict compliance by Copadis and crony's was certainly, never an option…

- **NH Art. 14.   Legal Remedies to be Free, Complete, & Prompt.**

   > **Every subject of this state is entitled to a certain remedy, by having recourse to the laws, for all injuries he may receive in his person, property, or character; to obtain right and justice freely, without being obliged to purchase it; completely, and without any denial; promptly, and without delay; conformably to the laws. Circa. June 2, 1784**

**10.**   Just to be sure, the fabulous 281-A legislative intent uniformly reached injured workers. The authors set out an order in the form of RSA 281-A:65 below, (a.k.a. the *Wizard*) teaching, authorities and advisory council members it's duty to give claimants pure notice, which does not just rely on posters and clerk opinions, or is limited to providers, legal practitioners and employers.

- **281-A:65 Multi-media Program and Manual Required**

   > **I. The commissioner shall develop a multi-media education program on safety in the workplace, which shall be used to educate persons providing or receiving workers' compensation benefits regarding their rights, duties and responsibilities under this chapter.**

---

[7] use – an unlawful breach of a duty, engineered to flip the burden of proof from the employer / insurer onto the back of the injured worker by, "*Just Saying No!*"

II. The commissioner **shall also publish and distribute a manual**, which **shall be approved** by the advisory council. Such manual **shall be written** in informal and readily understandable language and **shall** contain an explanation of workers' compensation benefits, **procedures regarding disputes, relevant rules, and such other information that the commissioner determines will inform employees, employers, insurance carriers, and those providing services** pursuant to RSA 281-A of their rights, duties and responsibilities under this chapter. The manual shall be reviewed annually and updated as necessary. The manual shall not be construed as containing rules for the purposes of RSA 541-A.

III. The commissioner **shall also provide toll-free telephone** lines to enable employees and employers to contact the department for answers to questions they may have, as to their rights, duties and responsibilities under this chapter.

IV. The commissioner **shall keep informed** regarding successful programs to improve workplace safety conducted in other states. Annually, the commissioner shall communicate with at least 10 employers who have generated the greatest number of compensable injuries in the preceding year, and **shall request** the opportunity to make a presentation to such employers, and their employees, regarding improvement in workplace safety. Revisions: **1990, 254:36**, eff. Jan. 1, 1991.

### A plea to end the madness

11.     Wherefore; your Plaintiffs (Class) request the Honorable Court, to enter an order: (a) commanding the remaining body of government, to dutifully, administer in a manner consistent with legislative intent; (b) bring justice upon New Hampshire Conjunctive Parties, which know one can forget; (c) require Conjunctive Parties, to obtain and pay for all things necessary and proper to make these victims legally whole; then (d) require them to pay back the damages to the State treasury from inception of the crime, and (e) other orders the Court deems appropriate.

April 4, 2013
Thank you...

*/s/ Dirck Hecking*

Captain Dirck Hecking
6215 Coffman Rd.
Indianapolis, IN 46268
317 293 6709

---

I hereby certify that on this date, I placed a copy of these documents in the US Mail, postage prepaid, and addressed to: The Court & New Hampshire Conjunctive Parties

*/s/ Dirck Hecking*

## The Verified Complaint of Captain Dirck Hecking

## A Failure to Administer the Government of New Hampshire in Accordance with Legislative Intent, with Incorporated Memorandum of Law

STATE ON INDIANA
COUNTY OF MARION

BEFORE ME personally appeared Dirck Hecking, who, being by me first duly sworn and identified in accordance with Indiana law, deposes and says:

1. My name is Dirck Hecking, and I am the plaintiff herein.

2. I have read and understood the attached foregoing document filed herewith, and

3. each fact alleged therein is true and correct of my own personal knowledge.

_Dirck Hecking_
Dirck Hecking, Affiant

SWORN TO and subscribed before me this 4th day of April 2013,

_Ashley Piper_
Notary Public

My commission expires: December 6, 2015

ASHLEY PIPER, Notary Public
County of Marion, State of Indiana
My Commission Expires Dec. 6, 2015