# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

July 26, 2013

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant Street, Room 110
Concord,  New Hampshire 03301−3941

Re: HECKING v. NEW HAMPSHIRE CONJUNCTIVE PARTIES et al
Cause Number: 1:13−cv−00565−JMS−TAB

To Whom it May Concern:

    Pursuant to an Order dated 7/26/2013, the above file is being transferred to the United States District Court for the District of New Hampshire. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Laura A. Briggs

By:  s/Jenny K. Sammons
    Jenny K. Sammons, Deputy Clerk

cc: Counsel of record